# Court of Appeals
# of the State of Georgia

ATLANTA,_ July 26, 2017_____

*The Court of Appeals hereby passes the following order:*

## A17D0549. GION FLADGER v. BILAL FLADGER.

Bilal Fladger petitioned for a change in custody of his two minor children. Following a hearing, the trial court entered an order modifying custody and child support. Gion Fladger seeks discretionary review of this ruling, arguing that the trial court should have dismissed the petition under OCGA § 19-9-24.[1] Gion Fladger also asserts that the trial court erred in considering certain evidence prior to entering its custody order.

Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders." Thus, when the issue on appeal pertains to child custody, the order is directly appealable. See *Voyles v. Voyles*, 301 Ga. 44, 46-47 (799 SE2d 160) (2017). Because Gion Fladger seeks to challenge that portion of the trial court's order modifying custody, the order here may be appealed directly. See id.

We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Gion Fladger shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, she has already filed a timely

---

[1] Under this statute, physical or legal custodians are precluded from maintaining a legal action for a change in custody if custody or visitation rights are being withheld in violation of a court order. Here, Gion Fladger contends her ex-husband improperly withheld the children from her.

notice of appeal, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  07/26/2017*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*                , *Clerk.*